[No. 26924-1-I.   Division One.   December 7, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM D. SLAYTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-02896-4, William L. Downing, J., entered September 14, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Scholfield and Agid, JJ.

[Nos. 11115-6-III; 11163-6-III.   Division Three.   December 8, 1992.]

JULIAN RODRIGUEZ, *Appellant*, v. FLORIAN F. DAUENHAUER, ET AL, *Respondents*.

Appeals from a judgment of the Superior Court for Benton County, No. 86-2-00966-1, Dennis D. Yule, J., entered September 6 and October 12, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.

[No. 10798-1-III.   Division Three.   December 8, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CASIMIRO GUIZAR MATA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 89-1-00474-1, Dennis D. Yule, J., entered April 20, 1990. *Affirmed in part* and *remanded* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.